

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00883-CR

April Loreace **WILLIAMS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 18-0874-CR-B
Honorable Jessica Crawford, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the final judgment of the trial court is **AFFIRMED**.

SIGNED May 22, 2024.

_____
Irene Rios, Justice